Opinion filed February 14, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed February 14, 2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-08-00006-CV

                                                    __________

 

                               IN THE MATTER OF THE ESTATE OF 

     
JOHN THOMPSON CARTER, DECEASED

 



 

                                  On
Appeal from the County Court at Law No. 2

 

                                                          Taylor
County, Texas

 

                                                   Trial
Court Cause No.  22,219

 



 

                                              M E
M O R A N D U M   O P I N I O N

Appellant
has filed in this court a motion to dismiss her appeal.  In her motion, she
states that a settlement agreement has been reached.  The motion is granted.  

The
appeal is dismissed.

 

PER CURIAM

 

February 14,
2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.